1 Cyrus Safa
Attorney at Law: 13241
2 12631 East Imperial Highway, Suite C-115 Santa Fe Springs, CA 90670
3 Tel: (562)437-7006
Fax: (562)432-2935
4 E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
5 SAM CEASARIO

7 Gerald M. Welt
Attorney at Law: 1575
8 732 S. Sixth Street, Suite 200-D
9 Las Vegas, Nv 89101
Tel.: (702) 382-2030
10 Fax: (702) 684-5157
E-Mail: Gmwesq@Weltlaw.Com; Kwp@Weltlaw.Com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAM CEASARIO | Case No.: 2:18-cv-00336-JAD-CWH |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR REMAND/REVERSAL |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Sam Ceasario and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time from August 3, 2018 to October 3, 2018 for Plaintiff to file a Motion for Remand/Reversal, with all other dates in

the Court's Order Concerning Review of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Due to heavy caseload, counsel is in the process of transferring cases internally and has ceased the intake of new cases to prevent future issues of sort.

DATE: August 6, 2018    Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ Cyrus Safa

BY: _____

Cyrus Safa

Attorney for plaintiff Sam Ceasario

DATE: August 6, 2018    DAYLE ELIESON
United States Attorney

/s/ *Elizabeth Firer*

BY: _____
Elizabeth Firer
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
Acting Commissioner of Social Security
|*authorized by e-mail|

DATED: August 8, 2018

IT IS SO ORDERED:    _____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE
# FOR CASE NUMBER 2:18-CV-00336-JAD-CWH

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on August 6, 2018.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*
_____

Cyrus Safa
Attorneys for Plaintiff