DAYLE ELIESON
United States Attorney
District of Nevada
ELIZABETH FIRER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Phone: 415-977-8937
    Email: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| SAM CEASARIO,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:18-cv-00336-JAD-CWH<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(***FIRST REQUEST***) |

    Defendant Nancy Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests for the first time that the Court extend the time for Defendant to file her Cross-Motion for Summary Judgment and Memorandum in Support, due on November 2, 2018, by 30 days, through and including December 3, 2018.

    An extension of time is needed in order to prepare Defendant's brief because of the caseload of Defendant's attorneys. This request is made in good faith with no intention to unduly delay the proceedings.

    Counsel for Defendant conferred with Plaintiff's counsel, Cyrus Safa, on October 31, 2018. Plaintiff's counsel does not oppose this motion.

Respectfully submitted this 31st day of October 2018.

                                        DAYLE ELIESON
                                        United States Attorney

                                        */s/ Elizabeth Firer*
                                        ELIZABETH FIRER
                                        Special Assistant United States Attorney

S. WYETH McADAM
Of Counsel

                                        IT IS SO ORDERED:


                                        _____
                                        CARL W. HOFFMAN
                                        UNITED STATES MAGISTRATE JUDGE

                                                November 1, 2018
                                        DATED:_____