DAYLE ELIESON
United States Attorney
District of Nevada
ELIZABETH FIRER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Phone: 415-977-8937
    Email: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA (LAS VEGAS)

| | |
|---|---|
| SAM CEASARIO,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:18-cv-00336-JAD-CWH<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(*SECOND REQUEST*) |

Defendant Nancy Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests for the second time that the Court extend the time for Defendant to file her Cross-Motion for Summary Judgment and Memorandum in Support, due on December 3, 2018, by 30 days, through and including January 3, ~~2018~~. 2019

An extension of time is needed in order to prepare Defendant's brief because of the caseload of Defendant's attorneys and to give time for the attorney responsible for drafting the brief to go through the necessary in-house reviews for newer attorneys. This request is made in good faith with no intention to unduly delay the proceedings.

Counsel for Defendant conferred with Plaintiff's counsel, Cyrus Safa, on November 29, 2018. Plaintiff's counsel does not oppose this motion.

Respectfully submitted this 30th day of November 2018.

DAYLE ELIESON
United States Attorney

*/s/ Elizabeth Firer*
ELIZABETH FIRER
Special Assistant United States Attorney

S. WYETH McADAM
Of Counsel

IT IS SO ORDERED:

CARL W. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

DATED: December 3, 2018