DAYLE ELIESON
United States Attorney
District of Nevada
ELIZABETH FIRER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Phone: 415-977-8937
    Email: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA (LAS VEGAS)**

| | |
|---|---|
| SAM CEASARIO, | Case No. 2:18-cv-00336-JAD-CWH |
|     Plaintiff, | |
| v. | **UNOPPOSED MOTION FOR EXTENSION OF TIME** |
| NANCY BERRYHILL,<br>Acting Commissioner of Social Security, | (***THIRD REQUEST***) |
|     Defendant. | |

    Defendant Nancy Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests for the second time that the Court extend the time for Defendant to file her Cross-Motion for Summary Judgment and Memorandum in Support, due on January 3, ~~2018~~ 2019, by 14 days, through and including January 17, ~~2018~~ 2019.

    An extension of time is needed in order to prepare Defendant's brief because the attorney responsible for drafting the brief is required to go through in-house reviews for newer attorneys and the attorney responsible for reviewing the brief is out on unexpected medical leave. This request is made in good faith with no intention to unduly delay the proceedings.

Counsel for Defendant conferred with Plaintiff's counsel's office on January 3, 2019. Plaintiff's counsel does not oppose this motion.

Respectfully submitted this 3rd day of January 2019.

        DAYLE ELIESON
        United States Attorney

        */s/ Elizabeth Firer*
        ELIZABETH FIRER
        Special Assistant United States Attorney

S. WYETH McADAM
Of Counsel

IT IS SO ORDERED:

_____
CARL W. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

DATED: January 4, 2019