# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Sam Ceasario,<br><br>　　Plaintiff<br>v.<br><br>Nancy A. Berryhill, Acting Commissioner of Social Security Administration,<br><br>　　Defendant | Case No. 2:18-cv-00336-JAD-CWH<br><br>**Order Adopting Report and Recommendation**<br><br>[ECF Nos. 18, 25, 27] |

Plaintiff Sam Ceasario brings this action to challenge the Social Security Commissioner's denial of his request for disability-insurance benefits and supplemental security income. The magistrate judge has evaluated the briefing in this case and recommends that I deny Ceasario's motion to remand and grant the Commissioner's cross-motion to affirm that decision.[1] The deadline for objections to that recommendation passed without objection or any request to extend the deadline to file one. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2]

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 27] is ADOPTED** in full;

IT IS FURTHER ORDERED that the Motion to Remand **[ECF No. 18] is DENIED**, and the Cross-motion to Affirm **[ECF No. 25] is GRANTED**;

---

[1] ECF No. 27.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

The Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.

Dated: August 14, 2019

                                                                               U.S. District Judge Jennifer A. Dorsey